# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: BOEHM, MARK A | § Case No. 09-25075 |
| BOEHM, MARTHA | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 10, 2009. The undersigned trustee was appointed on July 10, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $  74,179.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 63.52 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 74,116.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/19/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,958.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,958.99, for a total compensation of $6,958.99. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $231.57, for total expenses of $231.57.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/09/2010            By:/s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-25075  
**Case Name:** BOEHM, MARK A  
BOEHM, MARTHA  
**Period Ending:** 04/09/10  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/10/09 (f)  
**§341(a) Meeting Date:** 08/19/09  
**Claims Bar Date:** 01/19/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 1693 S. Maple St, Des, IL | 221,738.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 1439 North Ave., Elk Grove Il, 60622, Value per | 625,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | 2330 Ceder St, Il 60018, Value Per Coldwell Bank (See Footnote) | 119,700.00 | 80,000.00 | | 74,168.74 | FA |
| 4 | Financial accounts, financial institution shares | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Wearing apparel | 700.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Interests in insurance policies | 6,443.00 | 0.00 | | 0.00 | 0.00 |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Autos, trucks, trailers, other vehicles, access. | 5,686.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Autos, trucks, trailers, other vehicles, access. | 8,794.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 11.01 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $989,461.00 | $80,000.00 | | $74,179.75 | $0.00 |

RE PROP# 3  Debtor held 70% membership interest in LLC holding title to this residential property

**Major Activities Affecting Case Closing:**

Claims bar date 1-19-10

**Initial Projected Date Of Final Report (TFR):** June 30, 2010       **Current Projected Date Of Final Report (TFR):** June 30, 2010

OMB No. 2502-0265 Page 1

| A. | CHICAGO TITLE INSURANCE COMPANY<br>CHICAGO TITLE AND TRUST COMPANY<br>CLOSER: ROB WAHLEN<br>DATE OF PRINTING: 12/10/09<br>TIME OF PRINTING: 16:11 | B. TYPE OF LOAN | | |
|---|---|---|---|---|
| | | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.<br>4. ☐ VA   5. ☐ CONV. INS. | | |
| | | 6. File Number: | NW6109329 | LR6 |
| | | | 029059184-001 RW5 | PK |
| | | 7. Loan Number | 2009E040708 | |
| | SETTLEMENT STATEMENT<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | 8. Mortgage Insurance Case Number | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | MICHAEL W. HAMMERSMITH |
| --- | --- |
| ADDRESS: | 224 E LAHON<br>PARK RIDGE  ILLINOIS  60068 |
| E. NAME OF SELLER: | CEDAR STREET DEVELOPMENT, LLC |
| ADDRESS: | 2330 CEDAR STREET<br>DES PLAINES  ILLINOIS  60018 |
| F. NAME OF LENDER: | GUARANTEED RATE, INC. |
| ADDRESS: | 3940 N RAVENSWOOD<br>CHICAGO  ILLINOIS  60613 |
| G. PROPERTY LOCATION: | 2330 CEDAR STREET<br>DES PLAINES  ILLINOIS  60018 |
| H. SETTLEMENT AGENT: | CHICAGO TITLE AND TRUST COMPANY |
| ADDRESS: | 1030 W. HIGGINS RD. SUITE 200<br>PARK RIDGE  ILLINOIS  60068 |
| PLACE OF SETTLEMENT: | 1030 W. HIGGINS RD. SUITE 200 |
| ADDRESS: | PARK RIDGE  ILLINOIS  60068 |
| I. SETTLEMENT DATE: | December 10, 2009  03:00 |
| DISBURSEMENT DATE: | December 10, 2009 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | 135,000.00 | 401. Contract sales price | 135,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 6,283.98 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  to | | 406. City/town taxes  to | |
| 107. County taxes  to | | 407. County taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMT DUE FROM BORROWER | 141,283.98 | 420. GROSS AMT DUE TO SELLER | 135,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 65,000.00 | 502. Settlement charges to seller (line 1400) | 128,268.87 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| | | 504. Payoff of first mortgage loan | |
| 204. | | | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. EARNEST MONEY | 1,000.00 |
| 208. SELLER PAID CLOSING COST CREDIT | 1,000.00 | 508. SELLER PAID CLOSING COST CREDIT | 1,000.00 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  01/01/09  to  12/10/09 | 4,731.13 | 511. County taxes  01/01/09  to  12/10/09 | 4,731.13 |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 71,731.13 | 520. TOTAL REDUCTIONS AMT DUE SELLER | 135,000.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amt due from borrower (line 120) | 141,283.98 | 601. Gross amt due to seller (line 420) | 135,000.00 |
| 302. Less amts paid by/for borrower (line 220) | ( 71,731.13) | 602. Less reductions in amt due seller (line 520) | ( 135,000.00) |
| 303. CASH (☒ FROM) (☐ TO) BORROWER | 69,552.85 | 603. CASH (☐ TO) (☒ FROM) SELLER | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower _MICHAEL W. HAMMERSMITH_   Seller _CEDAR STREET DEVELOPMENT, LLC_

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent _____  Date _____

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 (3/86) RESPA, HB 4305.2
RW5

| ORD#/ABS# | NW603219 | | | | | |
|---|---|---|---|---|---|---|
| ESC# | 029059184 | RW5 | PK | | DATE OF PRINTING: 12/10/09 | |

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $135,000.00 @ 5.000 %= 6,750.00 | | |
| | Division of Commission (line 700) as follows: | | |
| 701. | LB: 2.023   $   1,731.25  to COLDWELL BANKER | | |
| 702. | SB: 2.352   $   3,175.00  to REMAX PROPERTIES NW | | |
| 703. | Commission paid at Settlement (Money retained by broker applied to commission $ 1,000.00) | | 4,906.25 |
| 704. | Other sales agent charges: | | |
| 705. | Additional commission: 0.625  $  843.75  to LEYDEN REALTY | | 843.75 |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. | Loan Origination Fee       % | | |
| 802. | Loan Discount              % | | |
| 803. | Appraisal Fee to GUARANTEED RATE, INC. $225.00 POC/B | | |
| 804. | Credit Report to | | |
| 805. | Lender's Inspection Fee to | | |
| 806. | Mortgage Insurance Application Fee to | | |
| 807. | Assumption Fee to | | |
| 808. | | | |
| 809. | LENDER DIRECT FEE TO GUARANTEED RATE, INC. | 745.00 | |
| 810. | APPLICATION FEE TO GUARANTEED RATE, INC. $50.00 POC/B | 100.00 | |
| 811. | | | |
| 812. | | | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. | Interest from 12/10/09 to 01/01/10 @$ 10.0171 /day for 22 days | 220.38 | |
| 902. | Mortgage Insurance Premium for 0.00 months to | | |
| 903. | Hazard Insurance Premium for 1.00 years to TRAVELERS INSURANCE | 671.00 | |
| 904. | | | |
| 905. | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | |
| 1001. | Hazard insurance      2.00 month @$ 55.92 per month | 111.84 | |
| 1002. | Mortgage insurance    0.00 month @$        per month | | |
| 1003. | City property taxes   0.00 month @$        per month | | |
| 1004. | County property taxes 6.00 month @$ 403.10 per month | 2,418.60 | |
| 1005. | Annual assessments    0.00 month @$        per month | | |
| 1006. |                       0.00 month @$        per month | | |
| 1007. |                       0.00 month @$        per month | | |
| 1008. | Aggregate Accounting Adjustment | ( 111.84) | 0.00 |
| **1100.** | **TITLE CHARGES** | | |
| 1101. | Settlement or Closing Fee  to CHICAGO TITLE AND TRUST COMPANY | 650.00 | |
| 1102. | Abstract or title search   to | | |
| 1103. | Title examination          to | | |
| 1104. | Title insurance binder     to | | |
| 1105. | Document preparation       to | | |
| 1106. | Notary fees                to | | |
| 1107. | Attorney's fee             to FRANK ZEMAN/KOLPAK & LERNER | 500.00 | 760.00 |
| 1108. | Title insurance            to CT / KOLPAK & LERNER | 750.00 | 1,130.00 |
| | (includes above items numbers:) EPA, COMP, INFLATION, CUF AND PUF | | |
| 1109. | Lender's coverage  $ 65,000.00     $    500.00 | | |
| 1110. | Owner's coverage   $135,000.00     $  1,180.00 | | |
| 1111. | WIRE/EXPRESS DELIVERY & SERVICE FEE TO CHICAGO TITLE | 25.00 | |
| 1112. | EMAIL FEE $25/TITLE INDEMNITY FEE $175 TO CHICAGO TITLE | 25.00 | 175.00 |
| 1113. | ILAPLD CERT FEE $50/TX PAYMENT FEE $50/DUP BILL $5 TO CTI | 50.00 | 105.00 |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. | Recording fees: Deed $ 50.00 ; Mortgage $ 76.00 ; Release $ | 126.00 | |
| 1202. | City/county tax/stamps:     Deed  $  67.50 ; Mortgage  $ | | 67.50 |
| 1203. | State tax/stamps:           Deed  $ 135.00 ; Mortgage  $ | | 135.00 |
| 1204. | IL STATE TITLE REG FEE TO CHICAGO TITLE | 3.00 | 3.00 |
| 1205. | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | Survey    to AP SURVEYING CO | | 395.00 |
| 1302. | Pest inspection  to | | |
| 1303. | REIMBURSEMENT OF DES PLAINES STAMPS TO GINNY PUCHNER | | 270.00 |
| 1304. | EXPENSES TO TRUSTEE RICHARD M. FOGEL | | 214.05 |
| 1305. | PROCEEDS TO RICHARD M. FOGEL, TRUSTEE FBO MARK A BOEHM | | 73,486.63 |
| 1306. | 2007 & 2008 1ST EST OF REDEMPTION TO COOK COUNTY CLERK | | 10,936.50 |
| 1307. | ADDITIONAL SETTLEMENT CHARGES (ATTACHED) | | 34,841.19 |
| **1400.** | **TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 6,283.98 | 128,268.87 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction, I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower _____/s/_____  MICHAEL W. HAMMERSMITH

Seller _____/s/_____  CEDAR STREET DEVELOPMENT, LLC

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent _____/s/_____       Date _____

WARNING: It is a crime to knowingly make false statement to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

RW5                                                                                   HUD-1 (3/86) RESPA, HB 4305.2

| ORD#/ABS# ESC# | NW       |          |     |
|----------------|----------|----------|-----|
|                | 029059184 | RW5    | PK  |

SUPPLEMENTAL PAGE

DATE OF PRINTING: 12/10/09

ADDITIONAL BUYER SETTLEMENT CHARGES

CHARGE AMOUNT

---

ADDITIONAL SELLER SETTLEMENT CHARGES

CHARGE AMOUNT

| 1307.001 | 2008 2ND INS TAX TI TO CHICAGO TITLE       | $ | 3,000.00  |
| 1307.002 | PAYMENT TO COMED                            |   | 47.55     |
| 1307.003 | PAYMENT TO NICOR GAS                        |   | 226.87    |
| 1307.004 | REIBURSE DES PLAINES INSP TO BOGUMIL BOR    |   | 25.00     |
| 1307.005 | REIMBURSE EST OF REDMP TO JACK REISS        |   | 47.50     |
| 1307.006 | PROCEEDS PER DIRECTION TO BOGUMIL BORTNO    |   | 31,494.27 |

TOTAL ADDITIONAL SETTLEMENT CHARGES   (LINE 1307)        $        34,841.19
                                                                  ==============

---

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____          _____
MICHAEL W. HAMMERSMITH                       CEDAR STREET DEVELOPMENT, LLC

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____          _____
Settlement Agent                             Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see:
    Title 18 U.S. Code Section 1001 and Section 1010.

RWS                                                                HUD-1 (3/86) RESPA, HB 4305.2

CHICAGO TITLE AND TRUST COMPANY
ESCROW RECEIPT AND DISBURSEMENT AUTHORIZATION   PAGE  1

```
ESCROW NUM:   029059184-001     ORDER NUM: 01409-NW6109329 SK
CLOSER:              ROB WAHLEN

BUYER:     MICHAEL W. HAMMERSMITH

SELLER:    CEDAR STREET DEVELOPMENT, LLC

PROPERTY:  2330 CEDAR STREET, DES PLAINES, ILLINOIS 60018


    RECEIPTS
    --------
    GUARANTEED RATE, INC.                                61,516.02
    MICHAEL W. HAMMERSMITH AND                           69,552.85
                                                       -----------
        TOTAL RECEIPTS                                  131,068.87
                                                       ===========

    DISBURSEMENTS
    -------------
A   CHICAGO TITLE AND TRUST COMPANY
        SETTLEMENT OR CLOSING FEE            650.00
        TITLE INSURANCE                    1,001.00
        WIRE/EXPRESS DELIVERY & SERVIC        25.00
        EMAIL FEE $25/TITLE INDEMNITY        200.00
        ILAPLD CERT FEE $50/TX PAYMENT       155.00
        RECORDING FEES                       126.00
        CITY/COUNTY TAX/STAMPS                67.50
        STATE TAX/STAMPS                     135.00
        IL STATE TITLE REG FEE                 6.00
            CHECK TOTAL                                   2,365.50

B   FRANK ZEMAN
        ATTORNEY'S FEES                      500.00
            CHECK TOTAL                                     500.00

C   COLDWELL BANKER
        LISTING BROKER COMMISSION          1,731.25
            CHECK TOTAL                                   1,731.25

D   TRAVELERS INSURANCE
        HAZARD INSURANCE PREMIUM             671.00
            CHECK TOTAL                                     671.00

E   AP SURVEYING CO
        SURVEY                               395.00
            CHECK TOTAL                                     395.00

F   GINNY PUCHNER
        REIMBURSEMENT OF DES PLAINES S       270.00
            CHECK TOTAL                                     270.00

G   TRUSTEE RICHARD M. FOGEL
        EXPENSES                             214.05
            CHECK TOTAL                                     214.05

H   RICHARD M. FOGEL, TRUSTEE FBO MARK A BOE
        PROCEEDS                          73,486.63
            CHECK TOTAL                                  73,486.63

I   COOK COUNTY CLERK
        2007 & 2008 1ST EST OF REDEMPT    10,936.50
            CHECK TOTAL                                  10,936.50

J   CHICAGO TITLE
        2008 2ND INS TAX TI                3,000.00
            CHECK TOTAL                                   3,000.00

K   COMED
        PAYMENT                               47.55
            CHECK TOTAL                                      47.55

L   NICOR GAS
        PAYMENT                              226.87
            CHECK TOTAL                                     226.87

M   BOGUMIL BORTNOWSKI
        REIBURSE DES PLAINES INSP             25.00
            CHECK TOTAL                                      25.00

N   JACK REISS
        REIMBURSE EST OF REDMP                47.50
            CHECK TOTAL                                      47.50
```

12/10/09     16:11    RW5

CHICAGO TITLE AND TRUST COMPANY
ESCROW RECEIPT AND DISBURSEMENT AUTHORIZATION        PAGE  2

```
ESCROW NUM:    029059184-001     ORDER NUM: 01409-NW6109329 SK
CLOSER:                  ROB WAHLEN


    O    KOLPAK & LERNER
              ATTORNEY'S FEES              760.00
                  CHECK TOTAL                              760.00

    P    KOLPAK & LERNER
              TITLE INSURANCE              879.00
                  CHECK TOTAL                              879.00

    Q    BOGUMIL BORTNOWSKI
              NET PROCEEDS TO SELLER    31,494.27
                  CHECK TOTAL                           31,494.27

    R    REMAX PROPERTIES NW
              SELLING BROKER COMMISSION  3,175.00
                  CHECK TOTAL                            3,175.00

    S    LEYDEN REALTY
              SALES AGENT CHARGES          843.75
                  CHECK TOTAL                              843.75
                                                    -----------------
         TOTAL DISBURSEMENTS                          131,068.87
                                                    =================

         BALANCE                                            0.00
                                                    =================
```

The undersigned authorize Chicago Title and Trust Company, as Agent for GUARANTEED RATE, INC.
to make the expenditures and disbursements as listed above and we hereby approve the same, jointly and severally, for payment. The undersigned mortgagors certify
that the signatures on the note and mortgage, if any, furnished as security for the loan are genuine and that the consideration therefor was actual and valid without
offset or defense.

_____    _____    _____
       Date                    Borrower                   Seller

_____
Chicago Title & Trust Co.

_____
    Authorization

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-25075 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | BOEHM, MARK A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOEHM, MARTHA | | Account: | \*\*\*-\*\*\*\*\*18-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9463 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/15/09 | {3} | CHICAGO TITLE & TRUST COMPANY | 70% of proceeds of sale of real estate owned by LLC | 1110-000 | 73,486.63 | | 73,486.63 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 73,488.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.89 | | 73,491.01 |
| 02/01/10 | {3} | CHICAGO TITLE & TRUST CO. | 70% of real estate tax escrow for Cedar Street property | 1110-000 | 682.11 | | 74,173.12 |
| 02/10/10 | | To Account #\*\*\*\*\*\*\*\*1866 | Account Transfer | 9999-000 | | 63.52 | 74,109.60 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.81 | | 74,112.41 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.32 | | 74,115.73 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.50 | | 74,116.23 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*1865 | Wire out to BNYM account 9200\*\*\*\*\*\*1865 | 9999-000 | -74,116.23 | | 0.00 |
| | | | ACCOUNT TOTALS | | 63.52 | 63.52 | $0.00 |
| | | | Less: Bank Transfers | | -74,116.23 | 63.52 | |
| | | | **Subtotal** | | 74,179.75 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$74,179.75** | **$0.00** | |

{} Asset reference(s)                                                                                                  Printed: 04/09/2010 03:38 PM    V.12.08

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-25075 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | BOEHM, MARK A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOEHM, MARTHA | | Account: | ***-*****18-66 - Checking Account |
| Taxpayer ID #: | **-***9463 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #********1865 | Account Transfer | 9999-000 | 63.52 | | 63.52 |
| 02/11/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 63.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 63.52 | 63.52 | $0.00 |
| | | | Less: Bank Transfers | | 63.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 63.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $63.52 | |

{} Asset reference(s)

Printed: 04/09/2010 03:38 PM   V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-25075 | | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|---|
| Case Name: | BOEHM, MARK A | | | Bank Name: | The Bank of New York Mellon |
| | BOEHM, MARTHA | | | Account: | 9200-******18-65 - Money Market Account |
| Taxpayer ID #: | **-***9463 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | 9999-000 | 74,116.23 | | 74,116.23 |
| | | | ACCOUNT TOTALS | | 74,116.23 | 0.00 | $74,116.23 |
| | | | Less: Bank Transfers | | 74,116.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 04/09/2010 03:38 PM V.12.08

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-25075 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | BOEHM, MARK A | | Bank Name: | The Bank of New York Mellon |
| | BOEHM, MARTHA | | Account: | 9200-******18-66 - Checking Account |
| Taxpayer ID #: | **-***9463 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****18-65 | 74,179.75 | 0.00 | 0.00 |
| Checking # ***-*****18-66 | 0.00 | 63.52 | 0.00 |
| MMA # 9200-******18-65 | 0.00 | 0.00 | 74,116.23 |
| Checking # 9200-******18-66 | 0.00 | 0.00 | 0.00 |
| | **$74,179.75** | **$63.52** | **$74,116.23** |

{} Asset reference(s)

Printed: 04/09/2010 03:38 PM    V.12.08

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-25075
Case Name: BOEHM, MARK A
Trustee Name: RICHARD M. FOGEL

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 6,958.99 | $ 231.57 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 3,098.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 623,802.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 14,371.07 | $ 1,470.46 |
| 2 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | $ 167.97 | $ 17.19 |
| 3 | Advanta Bank Corp. | $ 28,233.94 | $ 2,888.91 |
| 4 | American Express Centurion Bank | $ 14,760.46 | $ 1,510.29 |
| 5 | Chase Bank USA, N.A. | $ 12,838.35 | $ 1,313.62 |
| 6 | Chase Bank USA, N.A. | $ 19,707.75 | $ 2,016.50 |
| 7 | U.S. Bank N.A., as Successor in Interest to FCID, | $ 533,723.07 | $ 54,610.70 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**