## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:  MARK A. BOEHM and | § | Case No. 09-25075 |
| MARTHA BOEHM | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on 06/15/10 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:   05/12/2010_____         By:   /s/  Richard M. Fogel_____
                                                   Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BOEHM, MARK A | § | Case No. 09-25075 |
| BOEHM, MARTHA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 74,179.75 |
| *and approved disbursements of* | $ | 63.52 |
| *leaving a balance on hand of* [1] | $ | 74,116.23 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD M. FOGEL | $ 6,958.99 | $ 231.57 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | POPOWCER KATTEN, LTD. | $ 3,098.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 623,802.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 14,371.07 | $ 1,470.46 |
| 2 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | $ 167.97 | $ 17.19 |
| 3 | Advanta Bank Corp. | $ 28,233.94 | $ 2,888.91 |
| 4 | American Express Centurion Bank | $ 14,760.46 | $ 1,510.29 |
| 5 | Chase Bank USA, N.A. | $ 12,838.35 | $ 1,313.62 |
| 6 | Chase Bank USA, N.A. | $ 19,707.75 | $ 2,016.50 |
| 7 | U.S. Bank N.A., as Successor in Interest to FCID, | $ 533,723.07 | $ 54,610.70 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch          Page 1 of 2          Date Rcvd: May 13, 2010
Case: 09-25075               Form ID: pdf006        Total Noticed: 47
```

The following entities were noticed by first class mail on May 15, 2010.
```
db/jdb     +Mark A Boehm,   Martha Boehm,   1693 S. Maple St,   Des Plaines, IL 60018-2273
aty        +Martin A. Lear,   Law Offices of Ernesto D. Borges,   105 West Madison,   23rd Floor,
             Chicago, IL 60602-4647
tr         +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
             Chicago, IL 60654-4766
14149417    ADT Security Systems,   P.O. Box 650485,   Dallas, TX 75265-0485
14639190   ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,   POB 3001,   Malvern, PA 19355-0701)
14149418   ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,   POBox 8088,   Philadelphia, PA 19101)
14149420   +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14149421    American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
14662880    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14149423   +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14149424   +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14149425   +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
14149426   +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
14149427   +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14674441    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14149428   +Childrens Place,   Attn.:  Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14149429   +Citibank Usa,   Attn.: Centralized  Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14149430   +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
14149431   +Citifinancial Retail Services,   Po Box 140489,   Irving, TX 75014-0489
14149432   +Com Bk Lem,   1229 State Street,   Lemont, IL 60439-4419
14149437   ++++FIRST USA BANK N A,   3 PIEDMONT CTR NE,   ATLANTA GA  30305-4613
             (address filed with court: First Usa Bank N A,   3565 Piedmont Rd Ne,   Atlanta, GA 30305)
14149434   +Fashion Bug/soanb,   Attn: Bankruptcy,   6356 Corley Rd,   Norcross, GA 30071-1704
14149435   +First USA Bank - Chase,   Attention: Customer Service,   Po Box 94014,   Palatine, IL 60094-4014
14149436   +First Usa Bank N A,   201 North Walnut Street,   Wilmington, DE 19801-2920
14149438   +Fisher and Shapiro LLC,   4201 Lake Cook Rd,   Northbrook, IL 60062-1060
14149443    HSBC Retail Services,   P.O. Box 4144,   Carol Stream, IL 60197-4144
14149442   +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
14149444   +Hsbc/wicks,   Pob 15521,   Wilmington, DE 19850-5521
14149445   +Law Offices of Robet L. Pattullo,   10 S. LaSalle St.,   Suite 3400,   Chicago, IL 60603-1035
14149446   +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14149447   +Provident Funding Asso.,   1235 N Dutton Ave Ste E,   Santa Rosa, CA 95401-4666
14149448   +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
14619814   +SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG,   FIRST EXPRESS,   PO BOX 856021,
             LOUISVILLE, KY 40285-6021
14149449   +The Limited,   Po Box 182125,   Columbus, OH 43218-2125
14149450   +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14972573   +U.S. Bank N.A., as Successor in Interest to FCID,,   c/o Robert L. Pattullo Jr.,
             10 S. LaSalle Suite 3400,   Chicago, Illinois 60603-1035
14149451   +Unvl/citi,   Attn.: Centralized  Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14149452   +Victoria's Secret,   Po Box 182273,   Columbus, OH 43218-2273
14149453   +Wfnnb/express,   Po Box 182273,   Columbus, OH 43218-2273
```

The following entities were noticed by electronic transmission on May 13, 2010.
```
14149422    E-mail/Text: ebnbankruptcy@ahm.honda.com                       American Honda Finance,
             Po Box 168088,   Irving, TX 75016
14149416   +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:35     Abt Tv/gemb,   Po Box 981439,
             El Paso, TX 79998-1439
14149419   +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:35     Am-eagle/mccbg/GEMB,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14603137    E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2010 02:21:37     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14149433   +E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2010 02:21:37     Discover Fin,
             Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
14149439   +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:35     GEMB / Old Navy,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14149440   +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:35     Gemb/jcp,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
14149441   +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:36     Gembppbycr,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
                                                                                         TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0752-1          User: lhatch          Page 2 of 2          Date Rcvd: May 13, 2010
Case: 09-25075               Form ID: pdf006        Total Noticed: 47
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**                    **Signature:**    _____