# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BOEHM, MARK A | § | Case No. 09-25075 |
| BOEHM, MARTHA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $869,761.00 | Assets Exempt:  $25,943.00 |
| Total Distribution to Claimants: $63,837.76 | Claims Discharged Without Payment:  $574,993.85 |
| Total Expenses of Administration:  $10,352.08 | |

3)  Total gross receipts of $   74,189.84   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $74,189.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $197,981.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,352.58 | 10,352.08 | 10,352.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,452,501.00 | 623,802.61 | 623,802.61 | 63,837.76 |
| **TOTAL DISBURSEMENTS** | $1,650,482.00 | $634,155.19 | $634,154.69 | $74,189.84 |

    4)  This case was originally filed under Chapter 7 on July 10, 2009.
.  The case was pending for 13 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to
the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the
assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for
each estate bank account, showing the final accounting of the receipts and disbursements of
estate funds is attached as  **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Dated: 08/02/2010              By:  /s/RICHARD M. FOGEL
                                          Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2330 Ceder St, Il 60018, Value Per Coldwell Bank | 1110-000 | 74,168.74 |
| Interest Income | 1270-000 | 21.10 |
| **TOTAL GROSS RECEIPTS** | | $74,189.84 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One/Chase | 4110-000 | 76,619.00 | N/A | N/A | 0.00 |
| Provident Funding Asso | 4110-000 | 120,213.00 | N/A | N/A | 0.00 |
| American Honda Finance | 4110-000 | 1,149.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $197,981.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,959.49 | 6,958.99 | 6,958.99 |
| RICHARD M. FOGEL | 2200-000 | N/A | 231.57 | 231.57 | 231.57 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 3,098.00 | 3,098.00 | 3,098.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 63.52 | 63.52 | 63.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,352.58 | 10,352.08 | 10,352.08 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | 14,371.00 | 14,371.07 | 14,371.07 | 1,470.69 |
| SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | 7100-000 | 104.00 | 167.97 | 167.97 | 17.19 |
| Advanta Bank Corp. | 7100-000 | 26,700.00 | 28,233.94 | 28,233.94 | 2,889.36 |
| American Express Centurion Bank | 7100-000 | 14,760.00 | 14,760.46 | 14,760.46 | 1,510.53 |
| Chase Bank USA, N.A. | 7100-000 | 12,401.00 | 12,838.35 | 12,838.35 | 1,313.83 |
| Chase Bank USA, N.A. | 7100-000 | 19,136.00 | 19,707.75 | 19,707.75 | 2,016.82 |
| U.S. Bank N.A., as Successor in Interest to FCID, | 7100-000 | 1,350,000.00 | 533,723.07 | 533,723.07 | 54,619.34 |
| Hsbc Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| HSBC Retail Services | 7100-000 | 534.00 | N/A | N/A | 0.00 |
| Hsbc Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Gembppbycr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hsbc/wicks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Fisher and Shapiro LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| GEMB / Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| The Limited | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Wfnnb/express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Victoria's Secret | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Macys/fdsb Macy's Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Law Offices of Robet L. Pattullo | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Abt Tv/gemb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Am-eagle/mccbg/GEMB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| ADT Security Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| American Express c/o Becket and Lee | 7100-000 | 14,495.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bac / Fleet Bankcard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Citifinancial Retail Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Fashion Bug/soanb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Citicards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Childrens Place | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Citibank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| First USA Bank - Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,452,501.00 | 623,802.61 | 623,802.61 | 63,837.76 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# **Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-25075 | **Trustee:**   (330720)   RICHARD M. FOGEL |
| **Case Name:**   BOEHM, MARK A | **Filed (f) or Converted (c):** 07/10/09 (f) |
| BOEHM, MARTHA | **§341(a) Meeting Date:**  08/19/09 |
| **Period Ending:** 08/02/10 | **Claims Bar Date:**  01/19/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real Estate located at 1693 S. Maple St, Des, IL | 221,738.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 1439 North Ave., Elk Grove Il, 60622, Value per | 625,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | 2330 Ceder St, Il 60018, Value Per Coldwell Bank (See Footnote) | 119,700.00 | 80,000.00 | | 74,168.74 | FA |
| 4 | Financial accounts, financial institution shares | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Wearing apparel | 700.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Interests in insurance policies | 6,443.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Autos, trucks, trailers, other vehicles, access. | 5,686.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Autos, trucks, trailers, other vehicles, access. | 8,794.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 21.10 | FA |
| **12** | **Assets       Totals** (Excluding unknown values) | **$989,461.00** | **$80,000.00** | | **$74,189.84** | **$0.00** |

RE PROP# 3       Debtor held 70% membership interest in LLC holding title to this residential property

---

**Major Activities Affecting Case Closing:**

Claims bar date 1-19-10

**Initial Projected Date Of Final Report (TFR):**      June 30, 2010       **Current Projected Date Of Final Report (TFR):**      May 12, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-25075

**Case Name:** BOEHM, MARK A
BOEHM, MARTHA

**Taxpayer ID #:** **-***9463

**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****18-65 - Money Market Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/15/09 | {3} | CHICAGO TITLE & TRUST COMPANY | 70% of proceeds of sale of real estate owned by LLC | 1110-000 | 73,486.63 | | 73,486.63 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 73,488.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.89 | | 73,491.01 |
| 02/01/10 | {3} | CHICAGO TITLE & TRUST CO. | 70% of real estate tax escrow for Cedar Street property | 1110-000 | 682.11 | | 74,173.12 |
| 02/10/10 | | To Account #*********1866 | Account Transfer | 9999-000 | | 63.52 | 74,109.60 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.81 | | 74,112.41 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.32 | | 74,115.73 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.50 | | 74,116.23 |
| 04/06/10 | | Wire out to BNYM account 9200******1865 | Wire out to BNYM account 9200******1865 | 9999-000 | -74,116.23 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 63.52 | 63.52 | $0.00 |
| Less: Bank Transfers | -74,116.23 | 63.52 | |
| **Subtotal** | 74,179.75 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$74,179.75** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-25075 | |
| **Case Name:** | BOEHM, MARK A | |
| | BOEHM, MARTHA | |
| **Taxpayer ID #:** | **-***9463 | |
| **Period Ending:** | 08/02/10 | |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****18-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #********1865 | Account Transfer | 9999-000 | 63.52 | | 63.52 |
| 02/11/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 63.52 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **63.52** | **63.52** | **$0.00** |
| Less: Bank Transfers | 63.52 | 0.00 | |
| **Subtotal** | **0.00** | **63.52** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$63.52** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-25075

**Case Name:** BOEHM, MARK A
BOEHM, MARTHA

**Taxpayer ID #:** **-***9463

**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******18-65 - Money Market Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | 9999-000 | 74,116.23 | | 74,116.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.55 | | 74,119.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.41 | | 74,124.19 |
| 06/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 2.13 | | 74,126.32 |
| 06/16/10 | | To Account #9200******1866 | Close account and transfer for final distributions | 9999-000 | | 74,126.32 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **74,126.32** | **74,126.32** | **$0.00** |
| Less: Bank Transfers | | 74,116.23 | 74,126.32 |
| **Subtotal** | | **10.09** | **0.00** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$10.09** | **$0.00** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-25075
**Case Name:** BOEHM, MARK A
BOEHM, MARTHA
**Taxpayer ID #:** **-***9463
**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******18-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/10 | | From Account #9200******1865 | Close account and transfer for final distributions | 9999-000 | 74,126.32 | | 74,126.32 |
| 06/16/10 | 10102 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $3,098.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,098.00 | 71,028.32 |
| 06/16/10 | 10103 | DISCOVER BANK | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 1,470.69 | 69,557.63 |
| 06/16/10 | 10104 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 17.19 | 69,540.44 |
| 06/16/10 | 10105 | Advanta Bank Corp. | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 2,889.36 | 66,651.08 |
| 06/16/10 | 10106 | American Express Centurion Bank | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 1,510.53 | 65,140.55 |
| 06/16/10 | 10107 | Chase Bank USA, N.A. | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 1,313.83 | 63,826.72 |
| 06/16/10 | 10108 | Chase Bank USA, N.A. | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 2,016.82 | 61,809.90 |
| 06/16/10 | 10109 | U.S. Bank N.A., as Successor in Interest to FCID, | First and final dividend (10.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 54,619.34 | 7,190.56 |
| 06/16/10 | 10110 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,190.56 | 0.00 |
| | | | Dividend paid 100.00%  6,958.99 on $6,958.99;  Claim# ; Filed: $6,959.49 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  231.57 on $231.57;  Claim# B; Filed: $231.57 | 2200-000 | | | 0.00 |

| | | | | **ACCOUNT TOTALS** | 74,126.32 | 74,126.32 | $0.00 |
| | | | | Less: Bank Transfers | 74,126.32 | 0.00 | |
| | | | | **Subtotal** | **0.00** | **74,126.32** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$0.00** | **$74,126.32** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-25075

**Case Name:** BOEHM, MARK A
BOEHM, MARTHA

**Taxpayer ID #:** **-***9463

**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******18-66 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****18-65 | 74,179.75 | 0.00 | 0.00 |
| Checking # ***-*****18-66 | 0.00 | 63.52 | 0.00 |
| MMA # 9200-******18-65 | 10.09 | 0.00 | 0.00 |
| Checking # 9200-******18-66 | 0.00 | 74,126.32 | 0.00 |
| | $74,189.84 | $74,189.84 | $0.00 |

{} Asset reference(s)